```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
BOARD OF TRUSTEES OF THE I.A.T.S.E.                         :
ANNUITY FUND, et al.,                                       :
                                                            :
                              Plaintiffs,                   :     25-CV-2460 (VSB)
                                                            :
                  -against-                                 :        ORDER
                                                            :
SUGAR HILL WORLD PREMIERE LLC,                              :
                                                            :
                              Defendant.                    :
                                                            X
------------------------------------------------------------
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiffs filed this action on March 25, 2025, (Doc. 1), and filed an affidavit of service on April 8, 2025, (Doc. 7).  The deadline for Defendant to respond to Plaintiffs' complaint was April 21, 2025.  To date, Defendant has not appeared or responded to the complaint.  Plaintiffs, however, have taken no action to prosecute this case.  Accordingly, if Plaintiffs intend to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than May 19, 2025.  If Plaintiffs fail to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 29, 2025
             New York, New York

                                                                                           _____
                                                                            VERNON S. BRODERICK
                                                                            United States District Judge